

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| LOGAN THOMAS GEBHART, | § | No. 08-21-00137-CV |
|  | § |  |
| Appellant, | | Appeal from the |
| v. | § | |
|  | | 65th District Court |
| LIZETTE MARTHA JACQUEZ, | § | |
|  | | of El Paso County, Texas |
| Appellee. | § | |
|  | | (TC# 2021DCM2159) |

## **O R D E R**

On August 4, 2021, Appellant filed notice of appeal in the above-styled and numbered cause. The notice of appeal is late, but it was filed within fifteen days after the deadline for the notice of appeal to be filed. A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by TEX.R.APP.P. 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). However, an appellant must still provide the Court with a reasonable explanation for the late filing of the notice of appeal before the Court may accept the appeal. Accordingly, Appellant is ordered to respond in writing and provide the Court with a reasonable explanation for filing the notice of appeal late. *See* TEX.R.APP.P. 10.5(b)(1)(C), 26.3; *Verburgt*, 959 S.W.2d at 617. The explanation is due to be filed no later than August 16, 2021. If Appellant fails to comply with this order, the appeal is subject to dismissal without further notice.

IT IS SO ORDERED this 6th day of August, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.